United States Courts
Southern District of Texas
ENTERED

MAY 7 - 2002

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LYNN S. JAMES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-01-032 |
| | § | |
| VALVOLINE, INC., ASHLAND INC. | § | |
| THE VALVOLINE COMPANY, A | § | |
| DIVISION OF ASHLAND INC. | § | |

## FINAL JUDGMENT

On this date in the above-entitled and numbered cause, came the parties by their respective attorneys of record and advised the Court that this matter has been settled; that the settlement has been finalized and funded; that all court costs have been paid pursuant to the agreement of the parties; and that it is the desire of the parties that judgment be entered in this cause in favor of the Defendants and that the Plaintiff take nothing. The Court approves of this settlement having determined that the terms and amount of the settlement are fair and reasonable.

IT IS THEREFORE ORDERED that judgment be entered in favor of the Defendants and that Plaintiff, Lynn S. James, do have and take nothing by this suit against Defendants, Ashland, Inc., Valvoline, Inc., and The Valvoline Company, a Division of Ashland, Inc. All relief not specifically granted herein is denied.

SIGNED this 6th day of May, 2002.

_____
JUDGE SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND ENTRY REQUESTED:

**STEVENSON & AMMONS, L.C.**

By: _____
John W. Stevenson, Jr.
State Bar No. 19196050
3700 Montrose Boulevard
Houston, Texas 77006
Telephone:    (713) 523-3030
Facsimile:    (713) 523-4747
ATTORNEY FOR PLAINTIFF

**VINSON & ELKINS L.L.P.**

By: _____
James D. Thompson, III
State Bar No. 19918500
Admission No. 7562
George R. Murphy
State Bar No. 00792022
Admission No. 18691
Daniel E. Hinde
State Bar No. 24002289
Admission No. 23829
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
Telephone:    (713) 758-2222
Facsimile:    (713) 615-5765
ATTORNEYS FOR ASHLAND, INC.

By: _____
Michael Cramer
State Bar No. 05002750   Fed. ID #264
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
Telephone:    (713) 523-7117
Facsimile:    (713) 526-2708
ATTORNEY FOR INTERVENOR